FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-22-00040-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Lori I. Valenzuela, Justice

On January 20, 2022, relator filed a petition for writ of mandamus complaining of the trial court's "Permanency Hearing Order After Final Order" rendered on January 20, 2022 and signed on February 4, 2022. Relator also filed a motion for temporary emergency relief asking this court to stay the order. On January 24, 2022, the real party in interest filed a response to both the petition and emergency motion and objected to the request for a stay. On January 28, 2022, relator filed an amended petition for writ of mandamus complaining of the same order. On February 15, 2022, we granted the motion to stay.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the amended petition in this court **no later than March 15, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on February 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2017-PA-01702, styled *In the Interest of N.P., a Child*, pending in the 288th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.